UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN THE MATTER OF: | ) ) ) ) | |
| LARRY MICHAEL BAUER | ) ) ) ) | 4:10 MC 396 CDP |

### ORDER

This Court has been advised by receipt of a certified copy of the June 8, 2010 order of the Supreme Court of Missouri, entered in **In re: Larry Michael Bauer**, Cause No. 90879, that Larry Michael Bauer has been suspended from the practice of law by the Supreme Court of Missouri.

Larry Michael Bauer has been admitted to practice before this Court. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated July 22, 2010 directing Larry Michael Bauer to show cause in writing within thirty days after service of that order why the identical discipline prescribed by the Supreme Court of Missouri should not be imposed by this Court. The order was served by certified mail on the Respondent on July 26, 2010. Respondent has failed to file a response within the time set by the Court's order. This Court therefore finds that the identical discipline ordered by the Supreme Court of Missouri should be imposed on Larry Michael Bauer pursuant to the rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Larry Michael Bauer be suspended from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 8th day of September, 2010.

BY THE COURT:

*[signature]*
Chief Judge Catherine D. Perry

*[signature]*
Judge Jean C. Hamilton

*[signature]*
Judge Carol E. Jackson

*[signature]*
Judge Rodney W. Sippel

*[signature]*
Judge Henry E. Autrey

*[signature]*
Judge Stephen N. Limbaugh, Jr.

*[signature]*
Judge Audrey G. Fleissig

*[signature]*
Senior Judge Donald J. Stohr

*[signature]*
Senior Judge E. Richard Webber

*[signature]*
Senior Judge Charles A. Shaw