# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

IN THE MATTER OF:

LARRY MICHAEL BAUER

4:10 MC 396 CDP

## ORDER

This Court has been advised by receipt of a certified copy of the June 16, 2011 final order of discipline of the Supreme Court of Missouri, entered in **In re: Larry Michael Bauer**, Cause No. 90879, that Larry Michael Bauer has been disbarred from the practice of law by the Supreme Court of Missouri.

Larry Michael Bauer has been admitted to practice before this Court. His right to practice was suspended on September 8, 2010 pending the final disposition of disciplinary proceedings before the Supreme Court of Missouri. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated June 30, 2011 directing Larry Michael Bauer to show cause in writing within thirty days after service of that order why the final discipline prescribed by the Supreme Court of Missouri should not be imposed by this Court. The order was served by certified mail on the Respondent on July 11, 2011. Respondent has failed to file a response within the time set by the Court's order. This Court therefore finds that the final discipline ordered by the Supreme Court of Missouri should be imposed on Larry Michael Bauer pursuant to the rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Larry Michael Bauer is disbarred and his name is stricken from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 31st day of August, 2011.

BY THE COURT:

_____
Chief Judge Catherine D. Perry

_____
Judge Jean C. Hamilton

_____
Judge Carol E. Jackson

_____
Judge Rodney W. Sippel

_____
Judge Henry E. Autrey

_____
Judge Stephen N. Limbaugh, Jr.

_____
Judge Audrey G. Fleissig

_____
Senior Judge E. Richard Webber

_____
Senior Judge Charles A. Shaw